UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Clint Walker,
    Petitioner

-vs-                              Case No. 1:06-cr-3 (1:11-cv-856)
                                  Case No. 1:08-cr-73 (1:11-cv-857)

United States of America,
    Respondent

## JUDGMENT

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

**X**    **Decision by Court:**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motions to vacate, set aside or correct sentence are **DENIED**.

Date: February 13, 2012                James Bonini, Clerk

                                                  By: s/Mary C. Brown
                                                  Mary C. Brown, Deputy Clerk